**Entered on Docket**
**July 31, 2020**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



DAVID BURCHARD
CHAPTER 13 STANDING TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650)345-7801 FAX(650)345-1514
(707)544-5500 FAX(707)544-0475

Signed and Filed: July 31, 2020

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** <br><br> NORMA MATHILDE FLORES <br><br> _____ <br> Debtor(s) | Case No.: 20-10093 DM <br><br> Chapter 13 |

**ORDER OF DISMISSAL PRIOR TO CONFIRMATION**

On June 22, 2020, DAVID BURCHARD, Trustee filed a Motion to Dismiss case.

The Court finds that notice of the motion upon Debtor(s) and counsel was proper.

Debtor(s) having failed to file timely opposition to Trustee's motion, the Court hereby orders:

IT IS NOW ORDERED that the Debtor(s)' proceedings herein be dismissed, and that any restraining orders heretofore issued be dissolved. The Chapter 13 Trustee shall submit at a later date his Trustee's Final Report for approval by the court.

**\*\*END OF ORDER\*\***

**COURT SERVICE LIST**

NORMA MATHILDE FLORES

1195 SANTA BARBARA DRIVE

SANTA ROSA, CA 95404